**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Stephen R. Miller, | Case No. 2:21-cv-01703-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| The United States of America, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's filing of a complaint on September 15, 2021. Since that date, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing a complaint, Plaintiff must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $402 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **Wednesday, November 24, 2021** to proceed with this case.

For the foregoing reasons,

**IT IS ORDERED** that the Clerk of the Court shall send Plaintiff the approved non-inmate form application and instructions to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that on or before **Monday, November 24, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **Wednesday, November 24, 2021**, the Court will dismiss this action <u>without prejudice</u>.

DATED: October 25, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE